# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

RICHARD ARROWSMITH, as
Liquidating Trustee of the HDL
Liquidating Trust,

    Plaintiff,

v.                                              Case No. 3:19-mc-5-J-32JRK

MAGNOLIA ADULT, LLC,

    Defendant.

## **O R D E R**

This case is before the Court on Plaintiff Richard Arrowsmith's Unopposed Motion for Final Judgment of Garnishment as to First Federal Bank of Florida (Doc. 12). On September 27, 2019, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 13) recommending that: the motion be granted; final judgment of garnishment be entered in favor of Plaintiff; and upon payment, Garnishee First Federal Bank of Florida be discharged from further liability under the writ of garnishment. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 13), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 13) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Unopposed Motion for Final Judgment of Garnishment as to First Federal Bank of Florida (Doc. 12) is **GRANTED**.

3. The Clerk of Court shall enter final judgment of garnishment in favor of Plaintiff Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust, directing Garnishee, First Federal Bank of Florida, to pay Plaintiff **$10,960.00** by check payable to Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust. The check shall be delivered to Jones Walker LLP, c/o Barry Turner, 201 S. Biscayne Blvd., Suite 2600, Miami, FL 33131.

4. Upon the payment of $10,960.00, the Garnishee, First Federal Bank of Florida, will be discharged from further liability under the writ of garnishment.

**DONE AND ORDERED** in Jacksonville, Florida the 23rd day of October, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of record